**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 13-cv-01375 -CMA-KLM

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOC.,
LARRY CASTLE, corporate and individual capacity,
CINDY LOWERY-GRABER,
THE CASTLE LAW GROUP, LLC.,

    Defendants.

---

## ORDER OF RECUSAL

---

At the Preliminary Injunction Hearing held in this matter on June 5, 2013, Plaintiff Sherron L. Lewis, Jr. made a timely oral request that the undersigned recuse herself based on the Notice of Disclosure (Doc. # 4), dated May 30, 2013, by which the parties were notified of her various business associations with JP Morgan Chase Bank.

Based on Plaintiff's concerns, and her business relationships with JP Morgan Chase Bank, the undersigned believes that she should recuse herself.  It is, therefore,

ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

    DATED:  June   05  , 2013

                                               BY THE COURT:

                                               _____
                                               CHRISTINE M. ARGUELLO
                                               United States District Judge