**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01375-PAB-KLM

SHERRON L. LEWIS, JR.,

    Plaintiff,

v.

JP MORGAN CHASE BANK, NATIONAL ASSOC.,
LARRY CASTLE, in his individual and corporate capacity,
CINDY LOWERY-GRABER, and
THE CASTLE LAW GROUP, LLC,

    Defendants.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order [Docket No. 103] of U.S. District Judge Philip A. Brimmer entered on March 24, 2014, it is

    **ORDERED** that the Recommendation of Magistrate Judge Kristen L. Mix [Docket No. 90] is **ACCEPTED**.  It is further

    **ORDERED** that Castle's Motion to Dismiss for Failure to State a Claim [Docket No. 31] is **GRANTED** in part and **DENIED** in part.  It is further

    **ORDERED** that Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Complaint for Damages, Injunctive Relief and Jury Demand Pursuant to Fed. R. Civ. P. 12(b)(6) (Docket No. 1) [Docket No. 60] is **GRANTED** in part and **DENIED** in part.  It is further

**ORDERED** that plaintiff's second and fourth claims for relief are **DISMISSED** with prejudice.  It is further

**ORDERED** that plaintiff's fifth claim for relief for violation of the FDCPA is **DISMISSED** with prejudice.  It is further

**ORDERED** that plaintiff's sixth claim for relief for violation of the FDCPA by defendant Chase is **DISMISSED** with prejudice.  It is further

**ORDERED** that plaintiff's sixth claim for relief for violation of § 1692e and § 1692f of the FDCPA against the Castle defendants is **DISMISSED** with prejudice.  It is further

**ORDERED** that plaintiff's sixth claim for relief for violation of § 1692g of the FDCPA against the Castle defendants is **DISMISSED** without prejudice.  It is further

**ORDERED** that plaintiff's state law claims are **DISMISSED** without prejudice.  It is further

**ORDERED** that judgment is hereby entered in favor of the defendants and against the plaintiff.  It is further

**ORDERED** that defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

**ORDERED** that this case is dismissed in its entirety.

Dated at Denver, Colorado this 25th day of March, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

<u>s/Kathy Preuitt-Parks</u>
Kathy Preuitt-Parks
Deputy Clerk